JASON J. CURLIANO [SBN 167509]
DREXWELL JONES [SBN 221112]
BUTY & CURLIANO LLP
516 16th Street
Oakland, CA 94612
Tel:    (510) 267-3000
Fax:    (510) 267-0117

Attorneys for Defendants:
KAISER PERMANENTE MEDICAL CENTER
ROSEVILLE (a non-legal entity) and DR. MICHAEL MYETTE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONEE FONSECA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KAISER PERMANENTE MEDICAL CENTER ROSEVILLE, DR. MICHAEL MYETTE M.D., KAREN SMITH, M.D. in her official capacity as Director of the CALIFORNIA DEPARTMENT OF PUBLIC HEALTH and DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　Defendants. | Case No:   2:16-CV-00889-KJM-EFB<br><br>**ORDER GRANTING EXTENDED TIME FOR FILING RESPONSIVE PLEADING**<br><br>**Pursuant to Fed. R. Civ. P. 6(b)(1) and Eastern District Local Rule 144**<br><br>Hon. Kimberly J. Mueller<br>Complaint Filed:  April 28, 2016 |

Having read the stipulation between plaintiff and defendants stipulating that Plaintiff is willing to provide additional time for Defendants KAISER PERMANENTE MEDICAL CENTER ROSEVILLE and DR. MICHAEL MYETTE M.D., to prepare and file their responsive pleadings.

IT IS HEREBY ORDERED that Defendants' last day to file their responses to the Amended Complaint on file in this matter is extended two weeks from June 2, 2016 to June 12, 2016.

DATED: June 2, 2016

_____
UNITED STATES DISTRICT JUDGE

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
516 16TH ST.
OAKLAND CA 94612
510.267.3000