1   KAMALA D. HARRIS
    Attorney General of California
2   ISMAEL A. CASTRO
    Supervising Deputy Attorney General
3   ASHANTE L. NORTON
    Deputy Attorney General
4   State Bar No. 203836
      1300 I Street, Suite 125
5     P.O. Box 944255
      Sacramento, CA 94244-2550
6     Telephone:  (916) 322-2197
      Fax:  (916) 324-5567
7     E-mail:  Ashante.Norton@doj.ca.gov
    *Attorneys for Defendant Karen Smith, M.D., in*
8   *her official capacity as Director of the California*
    *Department of Public Health*
9

10                  IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12                        SACRAMENTO DIVISION

13

| 14 | **JONEE FONSECA, AN INDIVIDUAL PARENT AND GUARDIAN OF ISRAEL STINSON, A MINOR, PLAINTIFF,** | Case No. 2:16-cv-00889-KJM-EFB |
|---|---|---|
| 15 | | |
| 16 | | **FURTHER STIPULATION EXTENDING TIME TO RESPOND TO THE AMENDED COMPLAINT FOR DECLARATORY RELIEF AND ORDER THEREON** |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | | **[L.R. 144(a)]** |
| 20 | **KAISER PERMANENTE MEDICAL CENTER ROSEVILLE; DR. MICHAEL MYETTE M.D.; KAREN SMITH, M.D. IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH; AND DOES 2 THROUGH 10, INCLUSIVE,** | |
| 21 | | |
| 22 | | |
| 23 | Defendants. | Judge:        The Honorable Kimberly J. Mueller |
| 24 | | Action Filed:  May 9, 2016 |
| 25 | | |

26        Pursuant to Local Rule 144(a), Plaintiff Jonee Fonseca and Defendant Karen Smith, M.D.,

27   in her official capacity as Director of the California Department of Public Health (Director), by

28   and through their respective counsel, hereby stipulate to grant Defendant Karen Smith, M.D. in

                                              1

1 | her official capacity as Director of the California Department of Public Health additional time to

2 | respond to Plaintiff's Amended Complaint for Declaratory Relief, served on May 17, 2016, as

3 | follows:

4 |     WHEREAS, the parties previously stipulated to a two-week extension for Defendant Smith

5 | to file a responsive pleading;

6 |     WHEREAS, Defendant Smith desires additional time to prepare and file her responsive

7 | pleadings to this action;

8 |     WHEREAS, Plaintiff is willing to provide additional time for Defendant Smith to prepare

9 | and file her responsive pleadings;

10 |     WHEREAS, Plaintiff has also stated her intention to amend the operative complaint in this

11 | action;

12 |     NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY

13 | STIPULATE THAT:

14 |     1.    Defendant Smith's last day to file her response to the Amended Complaint for

15 |     Declaratory Relief on file in this matter is further extended from the original stipulated

16 |     date of June 21, 2016, up to and including July 5, 2016.

17 | / / /

18 | / / /

19 | / / /

1     2.     Should Plaintiff amend her Complaint, defendant Smith will have the usual time to

2          respond as dictated by the federal rules of civil procedure, or further stipulation and/or

3          order of the Court.

4     IT IS SO STIPULATED AND AGREED.

5  Dated:  June 20, 2016                           Respectfully Submitted,

6                                                  KAMALA D. HARRIS
                                                   Attorney General of California
7                                                  ISMAEL A. CASTRO
                                                   Supervising Deputy Attorney General
8
                                                   */s/ Ashante L. Norton*
9
                                                   ASHANTE L. NORTON
10                                                 Deputy Attorney General
                                                   *Attorneys for Defendant*
11                                                 *Karen Smith, M.D.*
   Dated:  June 20, 2016                           Respectfully Submitted,
12
13                                                 Pacific Justice Institute

14                                                 */s/  Kevin T. Snider*

15                                                 KEVIN T. SNIDER
                                                   Chief Counsel
16                                                 *Attorneys for Plaintiff*
                                                   *Jonee Fonseca*
17

18

19

20

21

22

23

24

25

26

27

28

3

**ORDER THEREON**

Based on the Parties' above Joint Stipulation, IT IS HEREBY SO ORDERED THAT the Defendant Smith's time to serve and file a response to Plaintiff's Amended Complaint for Declaratory Relief in the above entitled action be extended from June 21, 2016 to July 5, 2016 pursuant to Local Rule 144(a).

DATED:  June 22, 2016

_____
UNITED STATES DISTRICT JUDGE

4

Further Stipulation Extending Time to Respond to the Amended Complaint for Declaratory Relief and Order Thereon (2:16-cv-00889-KJM-EFB)