1 | KAMALA D. HARRIS
Attorney General of California
2 | ISMAEL A. CASTRO
Supervising Deputy Attorney General
3 | ASHANTE L. NORTON
Deputy Attorney General
4 | State Bar No. 203836
  1300 I Street, Suite 125
5 |  P.O. Box 944255
  Sacramento, CA 94244-2550
6 |  Telephone: (916) 322-2197
  Fax: (916) 324-5567
7 |  E-mail: Ashante.Norton@doj.ca.gov
*Attorneys for Defendant Karen Smith, M.D., in*
8 | *her official capacity as Director of the California*
*Department of Public Health*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JONEE FONSECA, AN INDIVIDUAL PARENT AND GUARDIAN OF ISRAEL STINSON, A MINOR, PLAINTIFF,**<br><br>Plaintiff,<br><br>v.<br><br>**KAISER PERMANENTE MEDICAL CENTER ROSEVILLE; DR. MICHAEL MYETTE M.D.; KAREN SMITH, M.D. IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH; AND DOES 2 THROUGH 10, INCLUSIVE,**<br><br>Defendants. | Case No. 2:16-cv-00889-KJM-EFB<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT FOR DECLARATORY RELIEF AND ORDER THEREON**<br><br>[L.R. 144(a)]<br><br>Judge: The Honorable Kimberly J. Mueller<br><br>Action Filed: May 9, 2016 |

Pursuant to Local Rule 144(a), Plaintiff Jonee Fonseca and Defendant Karen Smith, M.D., in her official capacity as Director of the California Department of Public Health, by and through their respective counsel, hereby stipulate to grant Defendant Karen Smith, M.D. in her official

1

capacity as Director of the California Department of Public Health additional time to respond to Plaintiff's Second Amended Complaint for Declaratory Relief, served on July 1, 2016, as follows:

WHEREAS, the Second Amended Complaint states claims and issues not raised in the prior complaints;

WHEREAS, Defendant Smith desires additional time to prepare and file her responsive pleadings to this action;

WHEREAS, Plaintiff is willing to provide additional time for Defendant Smith to prepare and file her responsive pleadings;

WHEREAS, the parties have not previously extended the time to respond to the Second Amended Complaint;

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT Defendant Smith's last day to file her response to the Second Amended Complaint for Declaratory Relief on file in this matter is extended from the original due date of July 22, 2016, up to and including August 31, 2016.

IT IS SO STIPULATED AND AGREED.

Dated:  July 14, 2016                    Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
ISMAEL A. CASTRO
Supervising Deputy Attorney General

*/s/ Ashante L. Norton*

ASHANTE L. NORTON
Deputy Attorney General
*Attorneys for Defendant
Karen Smith, M.D.*

Dated:  July 14, 2016                    Respectfully Submitted,

Pacific Justice Institute

*/s/  Kevin T. Snider*

KEVIN T. SNIDER
Chief Counsel
*Attorneys for Plaintiff
Jonee Fonseca*

2

Stipulation Extending Time to Respond to the Second Amended Complaint for Declaratory Relief and Order Thereon (2:16-cv-00889-KJM-EFB)

**ORDER THEREON**

Based on the Parties' above Joint Stipulation, IT IS HEREBY SO ORDERED THAT Defendant Smith's time to serve and file a response to Plaintiff's Second Amended Complaint for Declaratory Relief in the above entitled action be extended from July 22, 2016 to August 31, 2016 pursuant to Local Rule 144(a).

DATE: July 19, 2016

_____
UNITED STATES DISTRICT JUDGE

3

Stipulation Extending Time to Respond to the Second Amended Complaint for Declaratory Relief and Order Thereon (2:16-cv-00889-KJM-EFB)